JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEGRIA, <br><br> Plaintiff, <br><br> v. <br><br> JW, INC., <br><br> Defendant. <br> _____ | Case No. CV 15-04704 DDP (RAOx) <br><br> **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 28, 2015

DEAN D. PREGERSON
United States District Judge